■ RICHARD D'ARCANGELO et al., Plaintiffs v ROBERT L. BURNETT, Defendant and Third-Party Plaintiff-Respondent. RAYMOND F. SCOTT, Third-Party Defendant-Appellant. (Appeal No. 2.)—Order unanimously affirmed. Same memorandum as in *D'Arcangelo v Burnett* (52 AD2d 723). (Appeal from order of Steuben Supreme Court denying motion to set aside verdict.) Present—Marsh, P. J., Moule, Cardamone, Mahoney and Goldman, JJ.